UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE ISAIAS CABRERA,<br><br>        Defendant. | Case No. 3:15-cr-00064-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for JOSE ISAIAS CABRERA and United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDOLYN JOHNSON, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 9, 2024, at 1:30 PM, be vacated and continued to May 28, 2024, at 1:30 PM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued in order to allow Mr. Cabrera to undergo alcohol substance abuse treatment. Mr. Cabrera is currently in outpatient treatment and is scheduled to begin inpatient, potentially as early as next week.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Cabrera is not detained.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 5th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Kate Berry*<br>  KATE BERRY<br>  Assistant Federal Public Defender<br>  Counsel for JOSE ISAIAS CABRERA | By */s/ Andolyn Johnson*<br>  ANDOLYN JOHNSON<br>  Assistant United States Attorney<br>  Counsel for the Government |

2

# ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for April 9, 2024, at 1:30 p.m., be vacated and continued to **May 28, 2024, at 1:30 p.m.** before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 5th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE